# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5081**             **September Term, 2023**

**1:22-cv-00941-CJN**

**Filed On:** March 11, 2024

Jean Dufort Baptichon,

    Appellant

    v.

United States Department of Education and WMU/Cooley Law School,

    Appellees

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
                Daniel J. Reidy
                Deputy Clerk